JUDGE CROTTY

07 CV 5543

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEATREK TRANS PTE LTD,

               Plaintiff,

-against-

MEGHNA CEMENT MILLS LTD.,

               Defendant.
------------------------------------------------------------x

JUN 1 1 2007

07 CV  ( )

**RULE 7.1 STATEMENT**

Plaintiff, SEATREK TRANS PTE LTD., by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff
                                  SEATREK TRANS PTE LTD

                                  By: _____
                                      Peter J Gutowski (PG 2200)
                                      Pamela L. Schultz (PS 0335)
                                      80 Pine Street
                                      New York, NY 10005
                                      (212) 425-1900
                                      (212) 425-1901 fax

NYDOCS1/284958.1