```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Seatrek Trans PTE, Ltd.,

        Plaintiff,

- against -

Meghna Cement Mills, Ltd.,

        Defendant.
------------------------------------------------------------x

07 Civ. 5543 (PAC)
**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since June 11, 2007, and there having been no activity in this case since October 3, 2007, it is,

**ORDERED,** that the above-entitled action be and hereby is **CLOSED**, and will be reopened upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close this case and terminate any pending deadlines or motions.

Dated: New York, New York
       December 14, 2007

                          SO ORDERED

                          */s/ Paul A. Crotty*
                          PAUL A. CROTTY
                          United States District Judge