

Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008

July 23, 2008

**BY FACSIMILE** – (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Seatrek Trans PTE. Ltd., v. Meghna Cement Mills, Ltd.
    <u>07 Civ. 5543 (PAC)</u>

Dear Judge Crotty:

We are to be the substitute counsel for Plaintiff Seatrek Trans PTE Ltd. if the Court grants Seatrek's request herein to reopen the case.

By Order dated December 14, 2007 the Court closed the case for lack of activity stating it "will be reopened upon written communication from either party." Defendant has not appeared to date nor has its properly been attached. Nevertheless, our client advises that there may be a prospect of attachment and would like to further seek that relief.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk

**MEMO ENDORSED**

July 24, 2008
The request to reopen the case is granted, but the order of Maritime attachment issued in 2007 may not be used. If the plaintiff desires a new order, it may apply to me.
So ordered
Paul Crotty
USDJ