Crotty, J

BLANK ROME LLP
Attorneys for Plaintiff
SEATREK TRANS PTE LTD.
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATREK TRANS PTE. LTD., <br><br> Plaintiff, <br><br> - against - <br><br> MEGHNA CEMENT MILLS, LTD., <br><br> Defendant. | 07 CV 5543 (PAC) <br><br> ECF CASE <br><br> **STIPULATION & ORDER OF SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys, pursuant to Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, that BLANK ROME LLP be and the same hereby is substituted for Freehill Hogan & Mahar, as counsel for Plaintiff SEATREK TRANS PTE. LTD.

Dated:   New York, New York
         July 25, 2008

900200.00001/6657186v.1

FREEHILL HOGAN & MAHAR LLP

By /s/ Pamela Schultz

Withdrawing attorneys for
Plaintiff SEATREK TRANS PTE. LTD.
80 Pine Street
New York NY 10005-1759


BLANK ROME LLP

By /s/ Jeremy Harwood
Jeremy J.O. Harwood (JH-9020)
Incoming attorneys for
Plaintiff SEATREK TRANS PTE. LTD.
405 Lexington Avenue
New York, NY 10174


SO ORDERED: JUL 2 9 2008

_____
U.S.D.J.

2

900200.00001/6657186v.1