UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Seatrek Trans PTE, Ltd.,

              Plaintiff,

  -against-

Meghna Cement Mills, Ltd.,

              Defendant.
------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: September 30, 2009 |

07 Civ. 5543 (PAC)
**ORDER OF DISMISSAL**

      HONORABLE PAUL A. CROTTY, United States District Judge:

      The amended order of maritime attachment having been issued on September 15, 2008, and there having been no activity in this case since that date, it is,

      ORDERED, that the above-entitled action is DISMISSED, and the amended order of maritime attachment is vacated. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       September 30, 2009

                                  SO ORDERED

                                  _____
                                  PAUL A. CROTTY
                                  United States District Judge